**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

VANTAGE SPECIALTY CHEMICALS, INC.,

Plaintiff,

25 **CIVIL** 1311 (MMG)

-against-

**JUDGMENT**

STARR SURPLUS LINES INSURANCE COMPANY and ASCOT SPECIALTY INSURANCE COMPANY,

Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated July 14, 2026, the motions to dismiss are GRANTED; accordingly, the case is closed.

**DATED**: New York, New York
August 17, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** ______________________
**Deputy Clerk**